RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED
AND

OCT 13  1 44 PM '11

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:  
O'REILLY, MICHAEL LYNN )  
O'REILLY, TRACY SHANNON )  
) 
_____ )

BK-S-06-12908-MKN
Chapter 13

**NOTICE OF UNCLAIMED FUNDS**

TO:  Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 17 | READY CASH.<br>C/O KNIGHT ADJUSTMENT BUREAU<br>404 E 4500 S. #A-34<br>SALT LAKE CITY, UT 84107 | | $1106.74 |
| | Totals | | $1106.74 |

Date: 10/12011

RICK A. YARNALL, TRUSTEE *mem*
Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than
$25.00 go into CAS 613300. The amounts that are to be deposited into the registry
can be written on one check.

Reason: Received check back from creditor stating proof of claim was part of separation of Las Vegas Branch.
Creditor states new creditor is Account Recovery Managements. Sent to Unclaimed Funds as cannot locate
creditor.

#204670   $1106.74